Ida R. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. 66458.

Missouri Court of Appeals,
Eastern District,
Division One.

July 14, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 23, 1995.

Application to Transfer Denied
Oct. 24, 1995.

Dave Hemingway, St. Louis, for appellant.

Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Ida R. Jones, appeals from an order entered in the Circuit Court of the County of St. Louis denying her Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the order of the circuit court is not clearly erroneous. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court's order pursuant to Rule 84.16(b).